CHRISTINE H. LONG, CA STATE BAR NO. 199676
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christine.long@berliner.com

ATTORNEYS FOR DEFENDANT ENTERTAINMENT PUBLICATIONS, LLC

BRIAN IRION (CA SBN 119865)
LAW OFFICES OF BRIAN IRION
611 VETERANS BLVD. #209
REDWOOD CITY, CA 94063
TEL: 650.363.2600
FAX: 650.363.2606
birion@thedesq.com

Attorney for Plaintiff Skillnet Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLNET SOLUTIONS, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ENTERTAINMENT PUBLICATIONS, LLC, a Delaware LLC, and Does 1-10,<br><br>          Defendants. | CASE NO.  CV 11 04865 PSG<br><br><s>PROPOSED</s> ORDER EXTENDING TIME TO OPPOSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS AND IN THE ALTERNATIVE FOR CHANGE OF VENUE<br><br>Date:  December 13, 2011<br>Time: 9:00 a.m.<br>Place: Ctrm 5, 4th Floor<br>Judge: Hon. Paul Grewal |

Upon the stipulation of the parties to this action,

It is hereby ORDERED that:

1. The time for Plaintiff's opposition to the defendant's motion to dismiss or change venue is extended to October 28, 2011;

-1-

2.   The time for Defendant's reply to the motion to dismiss or change venue is extended to November 4, 2011.

IT IS SO STIPULATED

DATED: OCTOBER 18, 2011          BERLINER COHEN

                                 BY:  /S/ CHRISTINE H. LONG
                                      CHRISTINE H. LONG
                                      KATHLEEN F. SHERMAN
                                      ATTORNEYS FOR DEFENDANT ENTERTAINMENT
                                      PUBLICATIONS, LLC

DATED: OCTOBER 19, 2011          LAW OFFICES OF BRIAN IRION

                                 BY:  /S/ BRIAN IRION
                                      BRIAN IRION
                                      ATTORNEYS FOR PLAINTIFF SKILLNET
                                      SOLUTIONS, INC.

IT IS SO ORDERED.

Date: 10/21/2011

                                 *signature*
                                 PAUL S. GREWAL
                                 UNITED STATES MAGISTRATE JUDGE

-2-
PROPOSED ORDER EXTENDING TIME ON MOTION TO DISMISS OR CHANGE VENUE