CHRISTINE H. LONG, CA STATE BAR NO. 199676
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christine.long@berliner.com
kathleen.sherman@berliner.com

ATTORNEYS FOR DEFENDANT ENTERTAINMENT PUBLICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKILLNET SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENTERTAINMENT PUBLICATIONS, LLC, a Delaware LLC, and Does 1-10,<br><br>Defendants. | CASE NO. CV11-04865 PSG<br><br>~~PROPOS~~ED ORDER TO CONTINUE RESPONSIVE PLEADINGS, MOTIONS AND DISCLOSURES FOR PURPOSES OF SETTLEMENT |

GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THE FOLLOWING DEADLINES SHALL APPLY IN THIS MATTER:

1. The last day to meet and confer regarding initial disclosures and discovery plans and file the ADR Process documents under FRCP 26(f), ADR LR 3-5, Civil LR 16-8 (b) and (c) is hereby extended to November 30, 2011.

2. The last day for each party to file the Rule 26(f) Report, complete initial disclosure or state objections in Rule 26(f) and file the Case Management Statement is extended to December 8, 2011.

IT IS SO ORDERED.

DATED: 10/18/2011

_____
Hon. Paul S. Grewal
United States Magistrate Judge

CASE NO. CV11-04865 PSG                                     -1-
                                                          ORDER

\CHL\859946.1
100511-19767001