BRIAN IRION, ESQ. (SBN #119865)
LAW OFFICES OF BRIAN IRION
611 Veterans Blvd., #209
Redwood City, CA 94063
Tel: 650.363.2600
Fax: 650.363.2606
Email: birion@thedesq.com

Attorneys for Plaintiff Skillnet Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKILLNET SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENTERTAINMENT PUBLICATIONS, LLC, a Delaware LLC, and Does 1-10,<br><br>Defendants | CASE NO. CV11-04865 PSG<br><br>SECOND STIPULATION TO CONTINUE DISCLOSURES, SECOND STATUS CONFERENCE DATE AND MOTION TO DISMISS OR CHANGE VENUE<br><br>[~~Proposed~~] ORDER THEREON<br><br>Date: December 13, 2011<br>Time: 9:00 a.m.<br>Place: Dept. 5, 4th Floor<br>Before: Hon. Paul S. Grewal |

RECITALS

1.      On August 29, 2011, Plaintiff, SKILLNET SOLUTIONS, INC. (hereinafter referred to as "Skillnet") commenced an action against Defendant, ENTERTAINMENT PUBLICATIONS, LLC, (hereinafter referred to as EP) by filing a complaint in the Superior Court of California, County of Santa Clara, entitled SKILLNET SOLUTIONS, INC. v. ENTERTAINMENT PUBLICATIONS, LLC, Case No. 111CV208126. The Complaint seeks relief for breach of contract in the amount of $2,484.458.00 plus ancillary damages and costs.

2. Defendant EP removed this action to this Court on September 30, 2011.

3. The parties through their respective counsel have met and conferred and believe, after having consulted with their respective clients that the parties would benefit from an attempt to resolve the matter in the early stages of the litigation before substantial additional time, costs and fees are incurred and before further judicial resources are devoted to this case.

4. The parties had an initial full-day mediation session with Linda DeBene, Esq. of JAMS on November 16, 2011. At the conclusion of the meeting, the parties agreed that in order to further mediation efforts but without expending the full resources of disclosure, discovery, and continued judicial involvement, it would be best to exchange additional information and continue the mediation session. At this point, the next available date for the parties, counsel and mediator is January 24, 2012.

5. EP's motion to dismiss or in the alternative change venue is currently scheduled to be heard on December 13, 2011, to be immediately followed by a case status conference. Additionally, under applicable rules of the Federal Rules of Civil Procedure, the parties would be required to make disclosures and reports required under Rule 26 of the Federal Rules of Civil Procedure and local rule 16 before a second mediation session could occur.

## STIPULATION

It is hereby stipulated that:

1. EP's Motion to Dismiss or in the alternative change venue is rescheduled to January 31, 2012 at 10:00 a.m. to permit the parties additional time to attempt to resolve this dispute through mediation.

2. In the event EP's motion is not granted, the Initial Case Management Conference is rescheduled for February 21, 2012 in Courtroom 5, 4th Floor, San Jose at 2:00 p.m. The parties shall submit a Joint Case Management Conference Statement no later than February 14, 2012.

3. The last day to meet and confer regarding initial disclosures and discovery plans and file the ADR Process documents under FRCP 26(f), ADR LR 3-5, Civil LR 16-8 (b) and (c) is hereby extended to February 7, 2012.

4. The last day for each party to file the Rule 26(f) Report, complete initial disclosure or state objections in Rule 26(f) and file the Case Management Statement is extended to February 14, 2012.

IT IS SO STIPULATED

Dated: December 7, 2011                    Law Offices of Brian Irion

                                           By ___/s/___
                                              Brian Irion
                                           Attorney for Skillnet Solutions, Inc.


Dated: December 7, 2011                    Berliner Cohen

                                           By ___/s/___
                                              Christine Long
                                           Attorneys for Entertainment Publications, Inc.


In Accordance with Local Rule 7-12 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated:"Fgego dgt". ."4233""""""      /s/ Paul S. Grewal
                                     Hon. Paul S. Grewal, Magistrate Judge
                                     United States District Court for the
                                     Northern District of California

---
Page 3
Second Stipulation to Continue AND ~~Proposed~~ Order
CV11-04865 PSG